1146,

No. 00–879. CASO *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 00–881. ALVAREZ *v.* JOHNSON, BLAKELY, POPE, BOKOR, RUPPEL & BURNS. C. A. 11th Cir. Certiorari denied.

No. 00–882. MCLEOD ET AL. *v.* CALIFORNIA. App. Div., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 00–883. THORPE ET UX. *v.* REDEVELOPMENT AUTHORITY OF THE CITY OF ALLENTOWN. Commw. Ct. Pa. Certiorari denied.

No. 00–884. SCHNEIDER ET UX. *v.* SIMONINI ET AL. Sup. Ct. N. J. Certiorari denied.

No. 00–888. SEVEN PROVINCES INSURANCE CO., LTD. *v.* COMMERCIAL UNION INSURANCE CO. C. A. 1st Cir. Certiorari denied.

No. 00–891. HICKS *v.* LEROY'S JEWELERS, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–902. PAPRZYCKI ET AL. *v.* COUNTY OF SOMERSET ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–908. COUNTY OF SAN BERNARDINO ET AL. *v.* BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSN. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–909. GARCIA *v.* COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–911. COX *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–915. DUPONT *v.* TANGUSSO ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–916. CITY OF SANTA ANA *v.* TOCHER, DBA PACIFIC COAST MOTORING, ET AL. C. A. 9th Cir. Certiorari denied.